IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01809-KLM

PETER GEORGE NOE,

    Applicant,

v.

WARDEN CIOLLI,

    Respondent.

## ORDER OF RECUSAL

Title 28 U.S.C. § 455(b) requires that a judge disqualify herself in certain circumstances in which her impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000). Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994).

Upon review of the file of this case, I conclude that I must recuse myself from further service in this case. Accordingly, **IT IS ORDERED** that:

(1)     I recuse myself from further service in this matter; and

(2)     The Clerk of the Court shall cause this case to be reassigned.

DATED: August 2, 2023

                                                                     BY THE COURT:

                                                                     Susan Prose
                                                                     United States Magistrate Judge